UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. DEVIN ENGLISH,<br><br>         Plaintiff,<br><br> -against-<br><br>JEFFREY T. PARSONS-HIETIKKO; *et al.*,<br><br>         Defendants. | 19 Civ. 7705 (RA) |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff-Intervenor,<br><br> -against-<br><br>JEFFREY T. PARSONS-HIETIKKO; and HUNTER COLLEGE,<br><br>         Defendants. | 19 Civ. 7705 (RA)<br><br>**[PROPOSED]** ORDER |

WHEREAS, by notice dated January 3, 2023, the United States of America partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

   IT IS HEREBY ORDERED that:

 1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.      All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated July 27, 2022, and except as provided for in Paragraph 3 below.

3.      The seal shall be lifted as to the Government's Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement entered into by the United States, Jeffrey T. Parsons-Hietikko, and the Relator; the Stipulation and Order of Settlement Between the United States, Hunter College, and the Relator; and Relator's Complaint.

Dated:  New York, New York
        January 27, 2023

                                        SO ORDERED:

                                        _____
                                        HONORABLE RONNIE ABRAMS
                                        United States District Judge